JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA ESCRIBA, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNICATIONS TEST DESIGN, INC., a Pennsylvania corporation; PROTECH STAFFING SERVICES, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 5:21-cv-01326 AB (KK)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 16, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.